UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ALAN LINGAD,                          )
                                      )   2:09-cv-02347-GEB-JFM
          Plaintiff,                  )
                                      )   ORDER CONTINUING STATUS
     v.                               )   (PRETRIAL SCHEDULING)
                                      )   CONFERENCE and FED. R. CIV.
INDYMAC FEDERAL BANK; MORTGAGEIT,     )   P. 4(m) NOTICE
INC.; MORTGAGE ELECTRONIC             )
REGISTRATION SYSTEMS, INC.; OPTIMUM   )
LENDING GROUP, INC.; FRANK HOI        )
CHEUNG WONG; ANTHONY PADUA, and       )
DOES 1-20, inclusive,                 )
                                      )
          Defendants.                 )
                                      )
```

The parties' Joint Status Report filed on November 23, 2009 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference ("status conference") set for December 14, 2009 is continued to February 16, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.[1]

Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure ("Rule 4(m)") that **Defendants Optimum Lending Group, Inc. and Anthony Padua could be dismissed as defendants in this action under Rule 4(m) unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve**

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1 | **these defendants within Rule 4(m)'s 120 day prescribed period, in a**
2 | **filing due no later than 4:00 p.m. on December 21, 2009.**
3 |             IT IS SO ORDERED.
4 | Dated:  December 8, 2009

```
                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```